UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:20-cv-22751-DPG

NORA'S STYLE SALON INC,

    Plaintiff,

v.

FARMER'S GROUP, INC. D/B/A
FARMERS UNDERWRITERS ASSOCIATION and TRUCK
INSURANCE EXCHANGE,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, Nora's Style Salon Inc.,("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the claims against Defendants, Farmer's Group, Inc., d/b/a Farmers Underwriters Association and Truck Insurance Exchange, ("Defendants") in the above-captioned action are voluntarily dismissed, without prejudice.

Dated: September 28, 2020

Respectfully submitted,

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Adam A. Schwartzbaum
Florida Bar No. 93014
adams@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

William F. "Chip" Merlin, Jr.
cmerlin@MerlinLawGroup.com
New Jersey Bar No. 055182013
Florida Bar No. 364721
Shane Smith
ssmith@MerlinLawGroup.com
Florida Bar No. 53130
**MERLIN LAW GROUP**
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on September 28, 2020 with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280